1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LUPE LANDIN, JR. and EDUARDO              Nos.   1:15-cv-01416-DAD-SKO
      MURILLO,                                         1:15-cv-01484-DAD-SKO
12                                                     1:15-cv-01521-DAD-SKO
                      Plaintiffs,                      1:15-cv-01544-DAD-SKO
13                                                     1:15-cv-01596-DAD-SKO
             v.                                        2:15-cv-01965-DAD-SKO
14                                                     2:15-cv-02075-DAD-SKO
      COMCAST CORPORATION, and                         2:15-cv-02149-DAD-SKO
15    COMCAST OF CONTRA COSTA, INC.,                   2:15-cv-02152-DAD-SKO
                                                       2:15-cv-02186-DAD-SKO
16                    Defendants.

17    CORY BARRETT HALL,

18                    Plaintiff,                 ORDER GRANTING STIPULATION RE
                                                 TRANSFER OF VENUE TO THE UNITED
19           v.                                  STATES DISTRICT COURT FOR THE
                                                 NORTHERN DISTRICT OF CALIFORNIA
20    COMCAST CORPORATION, COMCAST
      OF CONTRA COSTA, INC., and
21    COMCAST CABLE
      COMMUNICATIONS MANAGEMENT,
22    LLC,

23                    Defendants.

24

25

26

27

28

                                             1

| | |
|---|---|
| FRANCISCO FLORES et al., | |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION, and COMCAST OF CONTRA COSTA, INC., | |
| Defendants. | |
| JOSEPH JOSHUA DAVIS et al., | |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION, and COMCAST OF CONTRA COSTA, INC., | |
| Defendants. | |
| JAMES K. GRIMES and CARLOS RAMOS, | |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION, and COMCAST OF CONTRA COSTA, INC., | |
| Defendants. | |
| STEPHEN MCBRIDE et al., | |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION, and COMCAST OF CONTRA COSTA, INC., | |
| Defendants. | |

2

LAWRENCE ELKINS et al.,

                    Plaintiffs,

        v.

COMCAST CORPORATION, and
COMCAST OF CONTRA COSTA, INC.,

                    Defendants.

HERNAN PAEZ et al.,

                    Plaintiffs,

        v.

COMCAST CORPORATION, and
COMCAST OF CONTRA COSTA, INC.,

                    Defendants.

KRIS COOK et al.,

                    Plaintiffs,

        v.

COMCAST CORPORATION, and
COMCAST OF CONTRA COSTA, INC.,

                    Defendants.

KEVIN HUFFMAN et al.,

                    Plaintiffs,

        v.

COMCAST CORPORATION, and
COMCAST OF CONTRA COSTA, INC.,

                    Defendants.

On July 13, 2016, the parties to the above-captioned related cases filed a stipulation to transfer the same cases to the United States District Court for the Northern District of California. The parties state that after meeting and conferring, they agreed to seek a voluntary transfer of the related cases for reasons of convenience of the parties and for judicial economy, as eight related

1   cases are currently pending before the Honorable Jeffrey White.  The parties further state that

2   judicial economy and the convenience of the parties will be served:  (a) by allowing a single court

3   to decide the various legal issues that are identical or substantially similar in all cases; (b) that

4   court should be located in the Northern District because the cases presiding within the Northern

5   District are further advanced through the judicial process than those currently pending in the

6   Eastern District; (c) because the Northern District is equally convenient for all parties and

7   witnesses from all cases, and (d) all parties consent to the transfer.  Moreover, the parties

8   represent that they intend to relate and seek further consolidation of the above-captioned cases

9   before the Honorable Jeffrey White once transferred and that at the last case management

10  conference before Judge White, they informed him of their intentions.[1]

11          Pursuant to 28 U.S.C. § 1404(a), "a district court may transfer any civil action to any other

12  district or division where it might have been brought or to any district or division to which all

13  parties have consented."  According to the stipulation, the parties consent to such a transfer.

14  Finding good cause and in the interests of justice, the court grants the parties' stipulation.

15          Accordingly,

16      1.  The parties' stipulation to transfer this action to the United States District Court for the

17          Northern District of California is granted;

18      2.  The Clerk of the Court is directed to transfer this action to the United States District

19          Court for the Northern District of California as soon as reasonably possible; and

20      3.  All previously scheduled dates before this court are hereby vacated.

21

22  IT IS SO ORDERED.

23  Dated:   **July 20, 2016**          _____

                                        UNITED STATES DISTRICT JUDGE

24

25

26

27  _____

28  [1] The undersigned has confirmed with Judge White that he is willing to accept the transfer of
    these actions.

4